## SUPERIOR COURT.

### FLAMMER agt. KLINE.

Suit on promissory note for $350. Usual allegation in complaint, that plaintiff is lawful holder and owner thereof. Defendant answers that, as to the averments in said complaint mentioned, that the plaintiff is the lawful owner and holder thereof, and that the defendant is indebted to him thereon in the sum of $350 and interest, the defendant has no knowledge or information sufficient to form a belief, and can therefore neither admit nor deny the same.

On an order to show cause, plaintiff moves that the answer be stricken out as sham, irrelevant, and frivolous.

JAMES MORROGH, *for Motion.*

CHARLES T. PARKER, *Opposed.*

CAMPBELL, J.—Ordered that the answer of the defendant be stricken out, and that the plaintiff be at liberty to enter judgment, with $10 costs.